IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 07-14448-TMW |
|---|---|
| WALKER JR., WOODROW THOMAS | Chapter 7 |
| Debtor(s) | |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000002 | Franchise Tax Board<br>Special Procedures<br>P O Box 2952<br>Sacramento CA 95812-2952 | $0.93 |
| 000005 | Roundup Funding LLC<br>MS 550<br>P O Box 91121<br>Seattle WA 98111-9221 | $0.45 |
| 000006 | B-Real LLC<br>MS 550<br>P O Box 91121<br>Seattle WA 98111-9221 | $0.56 |

**TOTAL**                                                                                       **$1.94**

DATED: February 26, 2010

/s/ Robert A. Brown_____
ROBERT A. BROWN, Trustee
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK  74074
405.377.8185
bob@bobbrownattorney.com
amy@bobbrownattorney.com

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**3012**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

| DATE | AMOUNT |
|---|---|
| 02/26/10 | ***********1.94 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 07-14448   TMW | Debtor: WALKER JR., WOODROW THOMAS |

**2299261**
PAY TO THE ORDER OF

United States Bankruptcy Court
OK

*One Dollar And 94/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈‎003012⑈ ⑆111000012⑆ 4437117407⑈

---

| Date: 02/26/10 | Check Number: 3012 | Amount: 1.94 |
|---|---|---|

Case Number: 07-14448   TMW
Debtor Name: WALKER JR., WOODROW THOMAS
SSN: ■■■■3726

| Paid To: | United States Bankruptcy Court OK | Trustee: | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |
|---|---|---|---|

Description:   REMITTED TO COURT

Bank Account Number:   4437117407